# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | |
|---|---|
| Samantha Sleek,            )<br>                                                  )<br>                      Plaintiffs,  )<br>                                                  )<br>        v.                                    )<br>                                                  )<br>Robert Lee Morrison and P&S  )<br>Transportation LLC,           )<br>                                                  )<br>                     Defendants.  ) | Case No.:  4:24-cv-07687-JD<br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

**TO:  UNITED STATES DISTRICT COURT:**

The parties consent and hereby move the Court for a Second Consent Amended Scheduling Order in the above-referenced case. A proposed order is being emailed to Chambers. The proposed order adds an additional approximately 60 days to the remaining deadlines. The basis for this motion is an unavoidable scheduling delay with a deposition as well as issues in obtaining responsive information from a medical provider pursuant to a subpoena. The parties believe this amendment will not result in undue delay in the resolution of this matter and that the amendment is in the interest of justice. Therefore, the parties respectfully request that the Court amend the Amended Scheduling Order [Dkt. No. 8], in accordance with the Second Consent Amended Scheduling Order.

*Signature Page to Follow*

| I SO MOVE: | I CONSENT: |
|---|---|
| s/Jake M. Tillery | s/Jonathan D. Graham |
| Mark S. Barrow, Fed. I.D. 1220 | Jonathan D. Graham Fed. I.D. |
| Jake M. Tillery, Fed. I.D. No. 14371 | Morgan and Morgan |
| Sweeny, Wingate & Barrow, P.A. | 4401 Belle Oaks Drive |
| Post Office Box 12129 | North Charleston, SC 29405 |
| Columbia, SC  29211 | *Attorney for Samantha Sleek* |
| (803) 256-2233 | |
| *Attorneys for Defendants* | |