# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## FLORENCE DIVISION

| | | |
|---|---|---|
| **Samantha Sleek,** | ) | **Case No.:  4:24-cv-07687-JD** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MOTION TO BE RELIEVED AS** |
| | ) | **COUNSEL** |
| **Robert Lee Morrison and P&S** | ) | |
| **Transportation LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Local Rule 83.I.7, and for good cause, Jonathan Graham files this motion to be relieved as counsel for Plaintiff. Counsel can no longer represent Ms. Sleek pursuant to Rule 1.16(a)(3) of the South Carolina Rules of Professional Conduct. Counsel likewise seeks to withdraw pursuant to Rule 1.16(b).

Withdrawal will leave Plaintiff unrepresented. Thus, pursuant to Local rule 83.I.7, Plaintiff's last known mailing address is 571 Cattle Drive Circle, Myrtle Beach, South Carolina 29588. Plaintiff's last known telephone number is 843-582-7233. Counsel certifies by his signature below that he has provided a copy of this motion together with an explanation of Miss Sleek's right to object to his withdrawal to Miss Sleek. That explanation is attached as Exhibit A.

[*Signature Page to Follow*]

**MORGAN & MORGAN, P.A.**

By:    /s/Jonathan Graham

Jonathan D. Graham

State Bar No. 105763

Federal Bar No. 13969

E-Mail: jgraham@forthepeople.com

4401 Belle Oaks Drive, Suite 300,

North Charleston, SC 29405

(843) 947-6063

*Counsel for Plaintiff*

Charleston, SC

May 6, 2026.