**MORGAN & MORGAN**

**May 6, 2026**

**BY EMAIL TO:** sleek2185@gmail.com
Samantha Sleek
571 Cattle Dr Cir.
Myrtle Beach, SC 29588

**RE:    Notice of Motion to Withdraw as Counsel.**

Dear Ms. Sleek:

**Please read this letter carefully, as it relates to your lawsuit.**

Attached to this email, you will find my motion to withdraw as your counsel in your case against Robert Morrison and P&S Transportation LLC. This letter is the notice of that motion. I am filing this motion with the court tomorrow. Any response or objection to my withdrawal you wish to send to the court must be received by the court within 17 days of the filing date. Your response may take the form of a letter signed by you.

Sincerely,

Jonathan Graham, Esq.

JG/jg