## Jonathan Graham

| | |
|---|---|
| **From:** | Jonathan Graham |
| **Sent:** | Wednesday, May 6, 2026 1:31 PM |
| **To:** | Sam Sleek |
| **Cc:** | TeamGraham |
| **Subject:** | Notice of Motion of Withdrawal |
| **Attachments:** | PLDG - MTBR.pdf; LTR - Notice of Withdrawal.pdf |
| | |
| **Categories:** | Litify |

Good afternoon, Ms. Sleek:

Please review the attached letter and motion to be relieved which I intend to file tomorrow.

Thank you,

## Jonathan Graham
**Attorney**

**T:** (843) 947-6063
**F:** (843) 947-6113

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405
Licensed in South Carolina



$30B+ Recovered • 1,000+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.