# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### FLORENCE DIVISION

| | | |
|---|---|---|
| Samantha Sleek, | ) | Case No.:  4:24-cv-07687-JD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' RESPONSE TO** |
| | ) | **JONATHAN GRAHAM, ESQ.'S MOTION** |
| Robert Lee Morrison and P&S | ) | **TO BE RELEIVED AS COUNSEL** |
| Transportation LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**TO:    UNITED STATES DISTRICT COURT:**

Defendants, Robert Lee Morrison and P&S Transportation, LLC, by and through their undersigned counsel do not oppose Jonathan Graham, Esq.'s Motion to be Relieved as Counsel.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Jake M. Tillery
Mark S. Barrow Fed. I.D. No. 1220
Jake M. Tillery Fed. I.D. No. 14371
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

May 20, 2026